JS-6

Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
**DONIGER / BURROUGHS**
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CORNERSTONE APPAREL, INC.; *et al*.<br><br>Defendants. | Case No.: 2:17-cv-02834-GW (GJSx)<br>*Hon. George H. Wu Presiding*<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION** |

1

[~~PROPOSED~~] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The Action is dismissed *without prejudice*; and
2. All parties will bear their own costs and attorney's fees incurred against one another in this action.

SO STIPULATED.

Date: __March 12__, 2018     By: _/s/ George H. Wu_
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE